UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Charlotte Humes )
)
)
v. )  NO. 1-24-Cv-386
)  (To be assigned by the Clerk's Office.
Hamilton County Sheriff Office )  Do not write in this blank.)
Sheriff Austin Garrett )
Unk John Doe Correctional Staff

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## WITH SUPPORTING DOCUMENTATION

I, Charlotte Y Holmes, declare that I am the:

[✓] plaintiff/petitioner

[ ] defendant/respondent

[ ] Other: _____

in the above-reverenced proceeding. In support of my request to proceed without being required to prepay fees or give security therefor, I state that because of my poverty, I am unable to pay the fees for this action or give security therefor. I believe that I am entitled to the relief sought in my complaint/petition/answer/response. The nature of my action, defense, or other proceeding or the issues I intend to present are briefly stated as follows:

In further support of this application, I answer the following questions:

Page 1 of 10

## PERSONAL INFORMATION, EMPLOYMENT AND INCOME DATA

NAME (First   Middle   Last): Charlotte Yvette Helmes

YEAR OF BIRTH: 1977

SOCIAL SECURITY NUMBER (last 4 digits only): 4031

PHONE NOS.:

HOME ADDRESS: 2880 Weber Ave Memphis TN 38114

OWN OR RENT? N/A

HOW LONG AT CURRENT ADDRESS? 25

MARITAL STATUS: Single

NAME AND ADDRESS OF CURRENT EMPLOYER: N/A

TELEPHONE NUMBER OF EMPLOYER:

HOW LONG AT CURRENT EMPLOYMENT? Student

OCCUPATION (Describe what you do):

IF EMPLOYED, STATE BOTH THE GROSS AND NET AMOUNTS OF YOUR SALARY AND WAGES PER MONTH.

GROSS:                    NET:

IF NOT CURRENTLY EMPLOYED, GIVE MONTH AND YEAR OF LAST EMPLOYMENT:

HOW MUCH DID YOU EARN PER MONTH AT YOUR LAST EMPLOYMENT:

Page 2 of 10

HAVE YOU RECEIVED ANY MONEY FROM ANY OF THE FOLLOWING SOURCES WITHIN THE PAST TWELVE MONTHS?

Business, professional or other form of self-employment? [ ] Yes [✓] No

If YES, state the source and amount:

Rent payments, interest, or dividends? [ ] Yes [✓] No

If YES, state the source and amount:

Pensions, annuities, or life insurance payments? [ ] Yes [✓] No

If YES, state the source and amount:

Gifts or inheritance? [ ] Yes [✓] No

If YES, state the source and amount:

Any other source? [ ] Yes [✓] No

If YES, state the source and amount:

## ASSETS:

LIST ANY OF THE FOLLOWING ASSETS THAT YOU OWN AND THE TOTAL VALUE

CASH     $ 30.00

CHECKING ACCOUNTS TOTAL BALANCE (List Banks Below)     $
(**Do NOT include account numbers**)

_____

_____     -29.00

SAVINGS ACCOUNTS–TOTAL BALANCE (List Banks Below)     $
(**Do NOT include account numbers**)

_____

_____     0

STOCKS AND BONDS     $
N/A

REAL ESTATE–CURRENT FAIR MARKET VALUE
(List Locations Below)
N/A     $_____

_____     $_____

_____     $_____

**TOTAL REAL ESTATE**     $ -29.00

| VALUE OF PERSONAL PROPERTY, EXCLUDING VEHICLES (Itemize) | |
|---|---|
| N/A | $ |
|  | $ |
|  | $ |
| **TOTAL PERSONAL PROPERTY** | $ |

MOTOR VEHICLES

| Year/Make | License No. | Current Value |
|---|---|---|
| N/A | | $ |
| | | $ |
| | | $ |
| | **TOTAL VALUE OF MOTOR VEHICLES** | $ |

| DEBTS OWED TO YOU (Give Name of Debtor) | |
|---|---|
| N/A | $ |
|  | $ |
|  | $ |
| **TOTAL DEBTS OWED TO YOU** | $ |

| OTHER ASSETS (ITEMIZE) | |
|---|---|
| N/A | $ |
|  | $ |
|  | $ |
| **TOTAL OTHER ASSETS** | $ |

**TOTAL OF ALL ASSETS:** $ N/A 0

## LIABILITIES
## (DO NOT INCLUDE ACCOUNT NUMBERS)

NOTES (LOANS) PAYABLE TO BANKS (List bank name and amount of loan only)

| Student loans | $ $105,000 |
| Car (NFCU) | $ $19,000 |
| | $ |

**TOTAL LOANS PAYABLE TO BANKS** $ $124,000

| NOTES (LOANS PAYABLE TO OTHERS) | $ 0 |
| MORTGAGES PAYABLE ON REAL ESTATE | $ |
| CREDIT CARDS AND ACCOUNTS PAYABLE TO CREDITORS | $ $5,000 |
| MEDICAL BILLS | $ $10,000 |
| TAXES AND ASSESSMENTS PAYABLE | $ |

OTHER LIABILITIES (Itemize)

| | $ |
| | $ |
| | $ |

**TOTAL LIABILITIES** $ $139,000

## LIVING EXPENSES

|  | Monthly Payment | Balance Owing |
|---|---|---|
| [ ] RENT or [ ] MORTGAGE PAYMENT (check one) | $ _____ | $ _____ |
| ELECTRICITY | $ _____ | $ _____ |
| WATER | $ _____ | $ _____ |
| GAS | $ _____ | $ _____ |
| TELEPHONE | $ _____ | $ _____ |
| FOOD | $ N/A | $ N/A |
| ALIMONY | $ _____ | $ _____ |
| CHILD SUPPORT | $ _____ | $ _____ |
| CHILD CARE | $ _____ | $ _____ |
| SCHOOL EXPENSES | $ _____ | $ _____ |
| AUTOMOBILE NOTE | $ _____ | $ _____ |
| AUTOMOBILE INSURANCE | $ _____ | $ _____ |
| AUTOMOBILE REPAIRS | $ _____ | $ _____ |
| GASOLINE | $ _____ | $ _____ |
| FURNITURE NOTE | $ _____ | $ _____ |
| CLOTHING | $ _____ | $ _____ |
| CABLE TELEVISION | $ _____ | $ _____ |
| LIFE INSURANCE | $ _____ | $ _____ |
| HOSPITALIZATION INSURANCE | $ _____ | $ _____ |
| DOCTORS | $ _____ | $ _____ |
| DRUGS | $ _____ | $ _____ |
| CREDIT CARDS | $ _____ | $ _____ |
| OTHER CHARGE ACCOUNTS OR CREDITORS | $ _____ | $ _____ |
| TAXES | $ _____ | $ _____ |
| ANY OTHER EXPENSES (LIST) |  |  |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| **TOTAL EXPENSES** |  | $ _____ |

## SPOUSES' PERSONAL INFORMATION; EMPLOYMENT AND INCOME DATA

NAME (First    Middle    Last)                              YEAR OF BIRTH

N/A

SOCIAL SECURITY NUMBER (last 4 digits only)                  PHONE NOS.


HOME ADDRESS (if different from yours):


OWN OR RENT?                    HOW LONG AT CURRENT ADDRESS?

NAME AND ADDRESS OF CURRENT EMPLOYER:




TELEPHONE NUMBER OF EMPLOYER:


HOW LONG AT CURRENT EMPLOYMENT?


OCCUPATION (Describe what your spouse does):


SPOUSE'S CURRENT MONTHLY INCOME:

    Salary or Wages                              $_____

    Commissions                                  $_____

    All other sources (Pensions; Soc.Sec.;
    Rent; Interest; Dividends; Alimony, etc.)    $_____

                **TOTAL:**                         $_____

## NAME OF DEPENDENTS AND INCOME (If any)
### (For Minor Children, only provide first initials)

| Names: | Age: | Relationship: | Living With Whom? |
|---|---|---|---|
| N/A | | | |

TOTAL MONTHLY INCOME OF DEPENDENTS INCLUDING CHILD SUPPORT PAYMENTS (exclude spouse)   $_____

**TOTAL MONTHLY INCOME OF APPLICANT, SPOUSE, AND DEPENDENTS**   $_____

## AFFIDAVIT

I hereby certify that the above statement is true and that it is a complete statement of all my income and assets, real and personal, whether held in my name or by any other, under penalty of perjury.

12-12-24            *Charlotte Wells* (signature)
**DATE**                                                                                         **SIGNATURE**

Created:        January 31, 2007
IPF Application.wpd