# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| CHARLOTTE Y. HOLMES, | ) | |
| | ) | Case No. 1:24-cv-386 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| HAMILTON COUNTY SHERIFF'S | ) | |
| OFFICE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## MEMORANDUM OPINION

On December 12, 2024, Plaintiff filed this *pro se* action without paying the filing fee and moved for leave to proceed *in forma pauperis* (Docs. 1, 2). On March 6, 2026, Magistrate Judge Steger issued a report and recommendation recommending the Court dismiss the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim. (Doc. 17.) Plaintiff timely filed an "objection" to Magistrate Judge Steger's report and recommendation, but it does not object to any findings or holdings in Magistrate Judge Steger's report and recommendation. (*See* Doc. 18.) Instead, Plaintiff's "objection" requests leave to file a second amended complaint. (*See id.*) The Court has conducted a review of the Report and Recommendation, as well as the record, and it agrees with Magistrate Steger's well-reasoned conclusions.

The Court will **ACCEPT** and **ADOPT** Magistrate Judge Steger's report and recommendation (Doc. 17) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** that this action be **DISMISSED WITHOUT PREJUDICE, effective May 1, 2026, unless amended prior to that date**. Furthermore, the Court will **GRANT** Plaintiff's request to file a second amended complaint (Doc. 18), and Plaintiff shall file a second amended complaint **on or before April 30,**

2026.  Plaintiff is hereby **ON NOTICE** that failure to file a second amended complaint by the

date specified will result in her claims being dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**